RECEIVED
AUG 1 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-0010 |
| VERSUS | JUDGE DOHERTY |
| KENDRICK SHANE BOUDREAUX | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

IT IS ORDERED that the defendant's Motion to Dismiss his Indictment [rec. doc. 16] is **DENIED.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___19___ day of August, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE